IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Stevenswood Hospitality Group, LLC,

Case No.: 14-10878 TEC
Chapter: 7

            Debtor(s).          /

# FINAL DECREE

The estate of the above named debtor has been fully administered.

( ) The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

TIMOTHY W. HOFFMAN,

(X) is discharged as trustee of the estate of the above named debtor and the bond is canceled;

(X) the chapter 7 case of the above-named debtor is closed; and

( ) [other provisions as needed]

Dated: August 11, 2014

Thomas E. Carlson
U. S. Bankruptcy Judge